IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES MCELROY                                                                                           PLAINTIFF

v.                                          Case No. 4:22-cv-4085

ROBERT GENTRY, *et al*.                                                                           DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 15. After screening the 42 U.S.C. § 1983 claims in the complaint, Judge Bryant recommends that Plaintiff's official capacity claim against Defendant Robert Gentry be allowed to proceed. Judge Bryant further recommends that all other claims against all other Defendants be dismissed without prejudice for failure to state a claim.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 15) *in toto*. Plaintiff's official capacity claim against Defendant Robert Gentry may proceed. All other claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 9th day of May, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge