IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES MCELROY                                                                                                    PLAINTIFF

v.                                        Case No. 4:22-cv-4085

SHERIFF ROBERT GENTRY                                                                                   DEFENDANT

## ORDER

  Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 44. Judge Bryant recommends that Plaintiff's Amended Complaint (ECF No. 4) be dismissed without prejudice for failure to prosecute this case and for failure to obey orders of the Court in violation of Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2), respectively.  Plaintiff has not filed an objection to the R&R and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).

  Upon review, finding no error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R *in toto*.  Plaintiff's Amended Complaint (ECF No. 4) is hereby **DISMISSED WITHOUT PREJUDICE**.

  **IT IS SO ORDERED**, this 18th day of June, 2024.

                     /s/ Susan O. Hickey
                     Susan O. Hickey
                     Chief United States District Judge